No. 688. JOHN RONEY ET AL., PLAINTIFFS IN ERROR, *v.* H. J. VAN NESS. In error to the Supreme Court of the State of California. Motion to dismiss submitted October 27, 1913. Decided November 3, 1913. *Per Curiam.* Dismissed for the want of jurisdiction. Revised Statutes, § 1008; *Allen* v. *Southern Pacific R. R. Co.*, 173 U. S. 479, 484; *Aspen Min. & Smelting Co.* v. *Billings*, 150 U. S. 31, 36; *Scarborough* v. *Pargoud*, 108 U. S. 567. *Mr. A. E. Bolton* for the plaintiffs in error. *Mr. Theodore A. Bell* for the defendant in error.

---

No. 520. PACIFIC CREOSOTING COMPANY, PLAINTIFF IN ERROR, *v.* THE UNITED STATES. In error to the United States Circuit Court of Appeals for the Ninth Circuit. Motion to dismiss submitted October 27, 1913. Decided November 3, 1913. *Per Curiam.* Dismissed for the want of jurisdiction. *Anglo-Californian Bank* v. *United States*, 175 U. S. 37; *Macfadden* v. *United States*, 213 U. S. 288, 294. *Mr. George E. de Steiguer* for the plaintiff in error. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Adkins* for the defendant in error.

---

No. 413. JOHN ZELLER, PLAINTIFF IN ERROR, *v.* THE STATE OF NEW JERSEY. In error to the Court of Errors and Appeals of the State of New Jersey. Motion to dismiss or affirm submitted October 27, 1913. Decided November 3, 1913. *Per Curiam.* Dismissed for the want of jurisdiction. *Hurtado* v. *California*, 110 U. S. 516; *Maxwell* v. *Dow*, 176 U. S. 581, 584; *Twining* v. *New Jersey*, 211 U. S. 78; *Farrell* v. *O'Brien*, 199 U. S. 89, 100. *Mr. Marshall Van Winkle* for the plaintiff in error. *Mr. Edmond Wilson, Mr. Robert H. McCarter* and *Mr. Pierre P. Garven* for the defendant in error.